```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )    1:07-cr-0302 AWI
                               )
          Plaintiff,           )    ORDER TRANSFERRING CASE
                               )
     v.                        )
                               )
JACOB MOYA,                    )
                               )
          Defendant.           )
_____)
                               )
UNITED STATES OF AMERICA,      )    1:11-cr-0082 OWW
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )
JACOB MOYA,                    )
                               )
          Defendant.           )
                               )
_____)
```

     This matter comes before the Court on the Notice of Related Cases filed March 10, 2011.  The above-captioned cases arise from the same investigation in which the defendant, Jacob Moya, was found to be a felon in possession of ammunition.  This constituted both a new law violation and a violation of supervised release conditions set by the Honorable Anthony W. Ishii.  Assignment to a single judge, therefore, will save

1

1  judicial resources in that only one judge would have to learn the
2  facts identical in both cases.
3       The Clerk of this Court is hereby ordered to transfer case
4  number 1:11-cr-0082 OWW to the docket of Judge Ishii.  The new
5  case number is 1:11-cr-0082 AWI.
6       The status conference scheduled on Judge Wanger's calendar
7  for Monday, March 14, 2011, is now off calendar.
8
9  IT IS SO ORDERED.
10 **Dated:   March 11, 2011**                 **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE