1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JACOB MOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-0082 AWI |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE:  June 20, 2011 |
| JACOB MOYA, | ) | TIME:  9:00 A.M. |
|  | ) ) | JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* | ) ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 16, 2011, **may be continued to June 20, 2011 at 9:00 A.M.**

The government has provided an offer to the defense. Mr. Moya is very interesting in accepting the offer. However, Mr. Moya is also pending a violation of supervised release and defense counsel needs additional time to try to reach a resolution with the probation officer on that matter.

This continuance is at the request of counsel for the defendant to allow for continued plea negotiations. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 11, 2011 | By: /s/ Yasin Mohammad<br>YASIN MOHAMMAD<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 11, 2010 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JACOB MOYA |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   May 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Moya
Stipulation and Order                                2