```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  YASIN MOHAMMAD
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   1:11-CR-00082-OWW
                                 )
12              Plaintiff,       )   PRELIMINARY ORDER OF FORFEITURE
                                 )
13       v.                      )
                                 )
14  JACOB MOYA,                  )
                                 )
15                               )
                Defendant.       )
16  _____)
```

17     Based upon the plea agreement entered into between plaintiff
18 United States of America and defendant Jacon Moya, it is hereby
19 ORDERED, ADJUDGED, AND DECREED as follows:

20     1.   Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c),
21 defendant Jacob Moya's interest in the following property shall be
22 condemned and forfeited to the United States of America, to be
23 disposed of according to law:

24          a.   Any firearms and ammunitiyion seizedf
                 from the defendant including but not
25               limited to Eighteen (18) rounds of
                 Remington Ammunition, and
26
            b.   Five (5) rounds of Federal Ammunition.
27
28 ///

PRELIMINARY ORDER OF FORFEITURE            1

    2.    The above-listed property constitutes firearms involved in or used in a knowing violation of 18 U.S.C. § 922(g).

    3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tabacco, Firearms and Explosives, in its secure custody and control.

    4.    a.    Pursuant 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.

///

1  § 2461(c) in which all interests will be addressed.
2      IT IS SO ORDERED.
3  **Dated:   September 27, 2011**          /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE                3