1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JACOB MOYA

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   No. 1:11-cr-0082 AWI
                                         )
12          *Plaintiff,*                  )   STIPULATION AND ORDER TO CONTINUE
                                         )   SENTENCING HEARING
13      v.                               )
                                         )   DATE:   November 21, 2011
14  JACOB MOYA,                          )   TIME:   9:00 A.M.
                                         )   JUDGE:  Hon. Anthony W. Ishii
15          *Defendant.*                  )
    _____)
16

17          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for November 7, 2011, **may be**

19  **continued to November 21, 2011 at 9:00 A.M.**

20          This continuance is at the request of counsel for defendant to allow time for proper preparation

21  of the sentencing hearing.  Defense is currently collecting letters from family and friends on behalf of Mr.

22  Moya and needs some additional time to properly present these items.  As this hearing is a sentencing

23  hearing, no exclusion of time is necessary.

24  //

25  //

26  //

27  //

28  //

Moya
Stipulation and Proposed Order

1

BENJAMIN B. WAGNER
United States Attorney

2

DATED: November 2, 2011

By: /s/ Yasin Mohammad

3

YASIN MOHAMMAD
Assistant United States Attorney
Attorney for Plaintiff

4

5

DANIEL J. BRODERICK
Federal Defender

6

7

DATED: November 2, 2011

By: /s/ Charles J. Lee

CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
JACOB MOYA

8

9

10

11

12

13

**O R D E R**

14

IT IS SO ORDERED.

15

16

Dated:    November 3, 2011

CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Moya
Stipulation and Proposed Order

2