BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JACOB MOYA,<br><br>                              Defendant. | CASE NO.  1:11-CR-00082 AWI<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

          IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

Kimberly A. Sanchez, Assistant U.S. Attorney and Charles Lee, attorney for the defendant, that the status

conference set for January 21, 2014, at 1:30 pm before the Honorable Sheila K. Oberto be continued to

February 3, 2014, at 1:30 p.m. in Courtroom 8 before the Honorable Barbara A. McAuliffe.  The reason for

the request is because the Honorable Lawrence J. O'Neill issued an Order dated January 14, 2014, 1:14-mc-

0003 LJO, prohibiting any defendant in custody at Fresno County Jail from being transported to Federal

Court due to an outbreak of H1N1 flu.  The Order is in effect for 7 days, but contemplates the potential of

being extended.  The defendant is in custody at Fresno County Jail.  The parties agree that the Court's next

regularly scheduled date for status conferences provides a reasonable amount of time for the flu outbreak to

be resolved, and the parties can revisit the issue if it is not.       ///

          ///

U.S. v. Moya Stipulation and Order                              1

1    Additionally, the parties will engage in discussions to determine whether the case can be resolved

2    during the time of the continuance.

3

4    Dated: January 15, 2014                    Respectfully submitted,

5                                               BENJAMIN B. WAGNER
                                                United States Attorney
6

7                                    By    /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
8                                          Assistant U.S. Attorney

9    Dated: January 15, 2014                    /s/ Charles Lee
                                                CHARLES LEE
10                                              Attorney for Defendant

11

12

13                                   **ORDER**

14

15   IT IS SO ORDERED.

16   Dated:   **January 15, 2014**              **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Moya Stipulation and Order              2