HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Jacob Moya

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:11-cr-0082 AWI |
| Plaintiff, | ) STIPULATION AND ORDER TO ADVANCE ) STATUS CONFERENCE |
| vs. | ) DATE: February 18, 2014 |
| JACOB MOYA, | ) TIME:    1:30 p.m. ) JUDGE: Hon. Gary S. Austin |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 25, 2014, may be advanced to February 18, 2014 at 1:30 p.m.

This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and Mr. Moya wishes to enter admit the violation of supervised release at the earliest available date.  The Government is in agreement with the advancement as is the U.S. Probation Office.

///

///

///

///

///

```
                                              Respectfully submitted,


                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: February 13, 2014          By:         /s/ Kimberly A. Sanchez
                                              KIMBERLY A. SANCHEZ
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: February 13, 2014          By:         /s/ Charles J. Lee
                                              CHARLES J. LEE
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JACOB MOYA
```

**O R D E R**

IT IS SO ORDERED.

   Dated:  **February 14, 2014**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE